Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re: US v. ANTWAN BALL, ET AL

Misc. No. 07-0 86

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** _____PATRICE JOHNSON_____ whose address is _____1206 STEVENS RD. SE WASHINGTON, DC,   CELL 202-341-7601_____ and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

- [x] willfully failed to appear after having been served with a subpoena

  OR

- [ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

- [x] You are further commanded to detain _____PATRICE JOHNSON_____ in your custody until he/she is discharged by the Court.

  OR

- [ ] You are hereby commanded to bring said person forthwith to Courtroom _____, United States District Court for the District of Columbia.

Upon order of the Honorable _RICHARD W. ROBERTS_, United States District Judge this _26TH_ day of _FEBRUARY_, _2007_.

NANCY MAYER-WHITTINGTON, Clerk

By: _____[signature]_____
Deputy Clerk

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, 20_____ and executed same.

By: _____